## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCIS LILLIAN ARVIG, | * |
| Personal Representative for the Estate of | |
| CHARLES MILNE ARVIG, Deceased | * |
| | |
| and | * |
| | |
| FRANCES LILLIAN ARVIG, | * |
| Individually, and as Wife of | |
| CHARLES MILNE ARVIG, Deceased | * |
| | |
| Plaintiff | * |
| | |
| v. | *   Civil Action No. 00CV2990 |
| | |
| ACandS, INC., et al. | * |
| | |
| Defendants | * |

*   *   *   *   *   *   *   *   *   *   *   *

### MOTION FOR LEAVE TO WITHDRAW COUNSEL

Pursuant to Rule 101(2)(b) of the Rules of the United States District Court for the District of Maryland, Jill E. O'Donnell moves to withdraw as counsel for John Crane Inc. Deborah L. Robinson, Peter A. Woolson and Robinson Woolson, P.A. will remain as counsel for John Crane Inc.

WHEREFORE, counsel respectfully requests that the appearance of Jill E. O'Donnell be withdrawn as counsel for John Crane Inc.

ROBINSON WOOLSON, P.A.

By:_____
    Jill E. O'Donnell
    Redwood Tower, Suite 1500
    217 East Redwood Street
    Baltimore, Maryland 21202
    (410) 625-0000
    (410) 625-0201 (fax)
    Attorneys for Defendant John Crane Inc.

JC.ARVIG

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of _____, 2001, a copy of the foregoing was hand-delivered, telefaxed or mailed to the following counsel:

Peter T. Paladino, Jr., Esquire
Goldberg, Persky, Jennings & White, P.C.
1030 Fifth Avenue
Ketchum Center, 3rd Floor
Pittsburgh, PA  15219

James J. Fabian, Esquire
Pfeifer & Fabian, P.A.
326 St. Paul Place, #100
Baltimore, MD  21202

*Attorneys for Plaintiffs*

Donald S. Meringer, Esquire
Danaher, Tedford, Lagnese and Neal
201 N. Charles Street, Suite 2402
Baltimore, MD  21201

*Attorneys for AC&S, Inc.*

Thomas P. Bernier, Esquire
Goldfein & Hosmer
217 E. Redwood St., 21st Floor
Baltimore, MD  21202

*Attorneys for Garlock, Inc. and Anchor Packing
Company*

John S. Cobb, Esquire
North & Cobb
7313 York Road
Towson, MD  21204

*Attorneys for General Refractories Company,
Uniroyal, Inc. and Industrial Holdings Corp.
f/k/a The Carborundum Company*

Pamela T. Broache, Esquire
Lord & Whip, P.A.
800 One Center Plaza
120 West Fayette Street
Baltimore, MD  21201

*Attorneys for Harbison Walker, Division of
Dresser Industries, Inc., International
Vermiculite Company, and A.P. Green
Industries, Inc.*

Robert J. Lynott, Esquire
Peter W. Taliaferro, Esquire
Thomas Swiss, Esquire
Thomas & Libowitz, P.A.
100 Light Street, Suite 100
Baltimore, MD  21202

*Attorneys for Hampshire Industries, Inc. and
Hopeman Brothers*

Sidney G. Leech, Esquire
Thomas Goss, Esquire
David Allen, Esquire
Goodell, DeVries, Leech and Gray
One South Street
Baltimore, MD  21202

*Attorneys for Metropolitan Life Insurance
Company and Jennings H. Mitchell & Son, Inc.*

John B. Isbister, Esquire
Gerry Tostanowski, Esquire
Tydings & Rosenberg
100 East Pratt Street
Baltimore, MD  21202

*Attorneys for Owens-Illinois, Inc. and
Fibreboard Corporation*

M. King Hill, III, Esquire
Venable, Baetjer & Howard
210 Allegheny Avenue
P.O. Box 5517
Towson, MD  21204

*Attorneys for Rapid American Corporation and*
*Goodyear Tire & Rubber Company*

Deborah L. Robinson
Peter A. Woolson
Jill E. O'Donnell
Melodie M. Mabanta

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FRANCIS LILLIAN ARVIG,                          *
Personal Representative for the Estate of
CHARLES MILNE ARVIG, Deceased                   *

and                                             *

FRANCES LILLIAN ARVIG,                          *
Individually, and as Wife of
CHARLES MILNE ARVIG, Deceased                   *

      Plaintiff                             *

      v.                                    *        Civil Action No. 00CV2990

ACandS, INC., et al.                            *

      Defendants                            *

  *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

Having considered the Motion for Leave to Withdraw Jill E. O'Donnell as counsel for John Crane Inc. in the above-captioned matter, it is this _____ day of _____, 2001,

ORDERED, that the Motion for Leave to Withdraw Counsel is hereby GRANTED; and it is further

ORDERED, that Jill E. O'Donnell is hereby withdrawn as counsel for John Crane Inc.


_____
United States District Judge


JCARVIG