IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FRANCIS LILLIAN ARVIG,<br>Personal Representative for the Estate of<br>CHARLES MILNE ARVIG, Deceased | * | |
| and | * | |
| FRANCES LILLIAN ARVIG,<br>Individually, and as Wife of<br>CHARLES MILNE ARVIG, Deceased | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 00CV2990 |
| ACandS, INC., et al. | * | |
| Defendants | * | |

* * * * * * * * * * *

## ORDER

Having considered the Motion for Leave to Withdraw Jill E. O'Donnell as counsel for John Crane Inc. in the above-captioned matter, it is this 29th day of January, 2001,

ORDERED, that the Motion for Leave to Withdraw Counsel is hereby GRANTED; and it is further

ORDERED, that Jill E. O'Donnell is hereby withdrawn as counsel for John Crane Inc.

_____
United States District Judge

Charles R. Weiner

JCARVIG